Miliskiewicz v Meenan (2025 NY Slip Op 50034(U))

[*1]

Miliskiewicz v Meenan

2025 NY Slip Op 50034(U) [84 Misc 3d 133(A)]

Decided on January 16, 2025

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on January 16, 2025

SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Tisch, JJ.

570237/24

Zofia Miliskiewicz,
Plaintiff-Appellant,

against

Collen Meenan,
Defendant-Respondent.

Plaintiff appeals from an order of the Civil Court of the City of New York, New
York County (Dana M. Catanzaro, J.), entered April 11, 2024, which denied her motion
to restore the action to the calendar.

Per Curiam.

Order (Dana M. Catanzaro, J.), entered April 11, 2024, affirmed, without costs.

Plaintiff's motion to restore the action to the calendar was properly denied, since the
action was previously dismissed as time-barred, pursuant to an order of the Civil Court,
dated December 5, 2022, from which plaintiff took no appeal (see Yeger v E*Trade
Sec. LLC, 52 AD3d 441 [2008]). Nor has plaintiff established any grounds for
vacating the December 2022 order (see CPLR 5015).

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur I concur
Decision Date: January 16, 2025